UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHALITA SAVAGE,
by JASON DYE, Next Friend,

    Petitioner,                                        Case No. 25-11853
                                                    Hon. F. Kay Behm
v.

GENESEE COUNTY JAIL, et. al.

    Respondents.
_____/

### JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Opinion and Order entered on this date, this cause of action is **DISMISSED WITH PREJUDICE**.

    **SO ORDERED**.

                                                        s/F. Kay Behm
                                                        F. Kay Behm
Dated: July 8, 2025                     United States District Judge